UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM R. PHILLIPPI,

        Plaintiff,                           Civil Action No. 13-cv-10437
                                              HON. BERNARD A. FRIEDMAN
vs.                                                 MAG. JUDGE R. STEVEN WHALEN

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation ("R&R") dated February 10, 2014 [docket entry 16]. Neither has not filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

This Court had an opportunity to fully review this matter and believes that the magistrate judge has reached the correct conclusions for the proper reasons. Substantial evidence supported the administrative law judge's rejection of the treating source's medical opinion and the determination that plaintiff was not completely disabled. Accordingly,

IT IS ORDERED that Magistrate Judge R. Steven Whalen's Report and Recommendation dated February 10, 2014, is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendant's motion for summary judgment [docket entry 14] is granted.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment [docket entry 11] is denied.


Dated: March 3, 2014				s/ Bernard A. Friedman_____
       Detroit, Michigan			BERNARD A. FRIEDMAN
						SENIOR UNITED STATES DISTRICT JUDGE